**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GEORGETTE KIRTON,

        Plaintiff,

v.                                                                Case No:   6:14-cv-475-Orl-40DAB

MILESTONE SOCIAL SERVICES, INC.,
DORIS YOUNG and MICHELE
LAWRENCE,

        Defendants.

_____

**ORDER**

This cause is before the Court on Second Joint Motion for Settlement Approval (Doc. 26) filed on September 17, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed September 30, 2014 (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Approval of Settlement (Doc. 26) is hereby **GRANTED.**

3.      The Second Joint Motion for Settlement Approval (Doc. 23) is **DENIED AS MOOT**.

4.      The case is **DISMISSED WITH PREJUDICE**.

5.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties